United States District Court
Southern District of Texas
**ENTERED**
December 09, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GONZALO GONZALES, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL NO. 2:18-CV-00118 |
| § | |
| STATE FARM LLOYDS, § | |
| § | |
| Defendant. § | |

## ORDER

The Court is in receipt of the Joint Stipulation of Dismissal signed by counsel for Plaintiffs and Defendant, Dkt. No. 24. The Parties state that they will dismiss with prejudice all claims Plaintiff asserted in this lawsuit "pursuant to Federal Rule of Civil Procedure 41(b)." *Id*. They also state that each party will bear its own fees and costs. *Id*.

It is Federal Rule of Civil Procedure 41(a) which provides for voluntary dismissal by the parties. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a stipulation of dismissal "is effective upon filing and does not require the approval of the court." *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010). Accordingly, the above-captioned case has been dismissed with prejudice, the Court **VACATES** all settings and deadlines and **DIRECTS** the Clerk of the Court to close the case.

SIGNED this 9th day of December, 2019.

_____
Hilda Tagle
Senior United States District Judge